B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Beso, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):   **80-0368391** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**3720 S Las Vegas Blvd<br>#260<br>Las Vegas NV**<br><br>ZIP CODE  **89109** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Beso, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X <b>Not Applicable</b><br>_____<br>Signature of Attorney for Debtor(s)          Date</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Beso, LLC** |

## Signatures

<table>
<tr>
<td colspan="2">

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
   Signature of Debtor

X **Not Applicable**
   Signature of Joint Debtor

   Telephone Number (If not represented by attorney)

   Date

</td>
<td colspan="2">

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
   (Signature of Foreign Representative)

   (Printed Name of Foreign Representative)

   Date

</td>
</tr>
<tr>
<td colspan="2">

X _(signature)_
   **Signature of Attorney**
   Signature of Attorney for Debtor(s)

**Lenard E. Schwartzer, Esq.  Bar No.  0399**
Printed Name of Attorney for Debtor(s) / Bar No.

**Schwartzer & McPherson Law Firm**
Firm Name

**2850 South Jones Boulevard, Suite 1 Las Vegas, NV  89146**
Address

**702-228-7590**       **702-892-0122**
Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td colspan="2">

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td colspan="2">

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signature)_
   Signature of Authorized Individual

**William M. Braden**
Printed Name of Authorized Individual

**Mgr of Beso Management, LLC, Manager**
Title of Authorized Individual

1|6|2011
Date

</td>
<td colspan="2"></td>
</tr>
</table>

## United States Bankruptcy Court

### District of Nevada

In re:                                                    Case No. _____
                                                          Chapter     **11**

    **Beso, LLC**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

   I, **William M. Braden**, declare under penalty of perjury that I am the **Manager of Beso Management LLC, Manager** of **Beso, LLC, a Nevada** Corporation and that on **01/04/2011** the following resolution was duly adopted by the  of this Corporation:

   "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

   Be It Therefore Resolved, that **William M. Braden**, **Mgr of Beso Management, LLC, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

   Be It Further Resolved, that **William M. Braden**, **Mgr of Beso Management, LLC, Manager** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

   Be It Further Resolved, that **William M. Braden**, **Mgr of Beso Management, LLC, Manager** of this Corporation, is authorized and directed to employ **Lenard E. Schwartzer, Esq.**, attorney and the law firm of **Schwartzer & McPherson Law Firm** to represent the Corporation in such bankruptcy case."

Executed on:   **1/6/2011**_____          Signed: _____
                                                           **William M. Braden**

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**District of Nevada**

In re **Beso, LLC** _____ , Case No. _____

Debtor                                                 Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Crystals at CityCenter<br>Retail Accts Receivable<br>PO Box 77712<br>Las Vegas NV 89177 | | Lease | | $1,797,393.30 |
| Eva Longoria<br>c/o Brad Small, Esq.<br>Bloom Hergott Diemer<br>150 S. Rodeo Dr 3rd Flr<br>Beverly Hills CA 90212 | | Cash loan | | $1,074,247.00 |
| Anthony Vicidomine<br>c/o Michael Feder, Esq.<br>Lewis and Roca LLP<br>3993 Howard Hughes #600<br>Las Vegas NV 89169 | | Repurchase of membership interest | SUBJECT TO SETOFF | $651,239.00 |
| Eva Longoria<br>c/o Brad Small, Esq.<br>Bloom Hergott Diemer<br>150 S. Rodeo Dr 3rd Flr<br>Beverly Hills CA 90212 | | Legal fees paid on behalf of debtor | | $375,000.00 |
| Bombard Mechanical<br>3933 W Ali Baba<br>Las Vegas NV 89118 | | | UNLIQUIDATED DISPUTED | $320,747.58 |
| Nevada Department of Taxation<br>Bankruptcy Division<br>555 E. Washington #1500<br>Las Vegas NV 89101 | | Sales tax | | $260,451.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Beso, LLC** _____ ,    Case No. _____

Debtor

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Bombard Electric**<br>**3570 W Post Road**<br>**Las Vegas NV 89118** | | | UNLIQUIDATED<br>DISPUTED | **$245,690.00** |
| **Big Town Mechanical**<br>**2000 Western Avenue**<br>**Las Vegas NV 89102** | | | UNLIQUIDATED<br>DISPUTED | **$228,925.80** |
| **Siemens**<br>**6295 S Pearl Street #100**<br>**Las Vegas NV 89120** | | | UNLIQUIDATED<br>DISPUTED | **$123,626.74** |
| **Clear Channel Outdoor**<br>**PO Box 60000**<br>**San Francisco CA 94160** | | Digital Bulletin<br>Advertising | | **$80,950.00** |
| **Marquis & Aurbach**<br>**10001 Park Run Drive**<br>**Las Vegas NV 89145** | | Legal fees | | **$68,651.37** |
| **North Advertising Trade**<br>**PO Box 14942**<br>**Las Vegas NV 89114** | | | DISPUTED | **$66,100.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Beso, LLC** _____, Case No. _____
                          Debtor                Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, gov- ernment contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **CellCrete of Nevada**<br>**135 E Railroad Avenue**<br>**Monrovia CA 91016** | | | UNLIQUIDATED<br>DISPUTED | **$56,962.70** |
| **Pisanelli Bice PLLC**<br>**3883 Howard Hughes Pkwy**<br>**#800**<br>**Las Vegas NV 89169** | | Legal fees | | **$49,076.26** |
| **Sklar Williams LLP**<br>**8363 W Sunset Rd #300**<br>**Las Vegas NV 89113** | | Legal fees | | **$39,000.00** |
| **Royal Metal Works**<br>**3933 W Ali Baba**<br>**Las Vegas NV 89118** | | | UNLIQUIDATED<br>DISPUTED | **$38,134.38** |
| **T Nickolas**<br>**3667 W Sunset Road**<br>**Las Vegas NV 89118** | | | UNLIQUIDATED<br>DISPUTED | **$36,775.00** |
| **Priority Submetering Solutions**<br>**PO Box 111135**<br>**Naples FL 34108** | | | | **$36,112.79** |

　
B4 (Official Form 4) (12/07)4 -Cont.

In re **Beso, LLC** _____ ,  Case No. _____
                        Debtor

                                                       Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Hugo Ramirez<br>417 W. Allen Ave #116<br>San Dimas CA 91773 | | | UNLIQUIDATED<br>DISPUTED | $16,901.70 |
| Yesco<br>5119 S Cameron St<br>Las Vegas NV 89118 | | | UNLIQUIDATED<br>DISPUTED | $16,758.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, William M. Braden, Mgr of Beso Management, LLC, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **1/6/2011** _____      Signature: _____

                                         **William M. Braden ,Mgr of Beso Management, LLC, Manager**
                                         (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

**United States Bankruptcy Court**

**District of Nevada**

In re **Beso, LLC**                Case No. _____
              Debtor

Chapter   **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 2.512.007.67 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 260,451.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $ 5,419.888.11 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 18 | $ 2,512,007.67 | $ 5,680,339.11 | |

B6A (Official Form 6A) (12/07)

In re:  **Beso, LLC**                                                    Case No. _____
                              Debtor                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |

Total ➤ | 0.00 |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Beso, LLC**                                                      Case No. _____

Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | | **7,500.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Merchant account # 2554**<br><br>**Bank of America**<br>**4800 W. Tropicana Ave**<br>**Las Vegas NV 89103** | | 175,331.66 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Merchant account # 7372**<br><br>**Bank of America**<br>**4800 W. Tropicana Ave**<br>**Las Vegas NV 89103** | | 104,645.48 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Operating account # 2567**<br><br>**Bank of America**<br>**4800 W. Tropicana Ave**<br>**Las Vegas NV 89103** | | 17,581.83 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Operating account # 7602**<br><br>**Bank of America**<br>**4800 W. Tropicana Ave**<br>**Las Vegas NV 89103** | | 592.02 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Payroll account # 2570**<br><br>**Bank of America**<br>**4800 W. Tropicana Ave**<br>**Las Vegas NV 89103** | | 8,426.85 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Payroll account # 7369**<br><br>**Bank of America**<br>**4800 W. Tropicana Ave**<br>**Las Vegas NV 89103** | | 2,604.52 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Department of Taxation**<br>**12/1/2009** | | 17,010.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Beso, LLC**                                                Case No. _____
              _____,
                          Debtor                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached | | 126,637.39 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| | | | | |

Beso and Eve
Accounts Receivable
Statement 7

| Entity | Date | Type | Amount |
|--------|------|------|--------|
| Eve | 9/29/2010 | Cash | 573.00 |
| Beso | 9/27/2010 | Cash | 441.00 |
| Beso | 9/30/2010 | Cash | 593.00 |
| | | | $  1,607.00 |
| Beso | 9/27/2010 | AMX | 2,143.22 |
| Beso | 9/28/2010 | AMX | 3,893.35 |
| Beso | 9/29/2010 | AMX | 16,218.42 |
| Beso | 9/30/2010 | AMX | 5,457.74 |
| Eve | 9/29/2010 | AMX | 66.00 |
| | | | $  27,778.73 |
| Eve | 9/29/2010 | CC | 1,620.45 |
| Beso | 9/29/2010 | CC | 3,366.59 |
| Beso | 9/30/2010 | CC | 6,986.59 |
| | | | $  11,973.63 |
| | 9/30/2010 | Bill backs and Room Charges | $  85,278.03 |
| | 9/30/2010 | Gift cards | $  51,405.16 |
| Total | | | $ 178,042.55 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Beso, LLC**                                                  Case No. _____
                                                                              (If known)
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Computers, furniture and equipment, restaurant supplies, audio and video equipment** | | 1,879,172.00 |
| 30. Inventory. | | **Food and beverage (cost basis)** | | 172,505.92 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

    __2__   continuation sheets attached      Total  >    **$2,512,007.67**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **Beso, LLC** _____.        Case No. _____
                                                                                  **(If known)**
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| **NONE** | | | **VALUE** _____ | | | | | |

<u>0</u>    continuation sheets
        attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $ | 0.00 | $ | 0.00 |
|---|---|---|---|
| $ | 0.00 | $ | 0.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    __Beso, LLC_____          Case No. _____
                        Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐    **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re  **Beso, LLC**
_____
                    Debtor

Case No. _____
                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nevada Department of Taxation<br>Bankruptcy Division<br>555 E. Washington #1500<br>Las Vegas NV 89101** | | | **Sales tax** | | | | 260,451.00 | 260,451.00 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▷<br>(Totals of this page) | $ 260,451.00 | $ 260,451.00 | $ 0.00 |
| Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 260,451.00 | | |
| Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 260,451.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re **Beso, LLC** _____     Case No. _____
                Debtor                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      352R <br><br> **944 Media LLC** <br> **9100 Wilshire Blvd #700W** <br> **Beverly Hills CA 90212** | | | 07/09/2010 | | | | 16,400.00 |
| ACCOUNT NO. <br><br> **Anthony Vicidomine** <br> **c/o Michael Feder, Esq.** <br> **Lewis and Roca LLP** <br> **3993 Howard Hughes #600** <br> **Las Vegas NV 89169** | | | **Setoff** <br> **Repurchase of membership interest/return of investment** | | | | 651,239.00 |
| ACCOUNT NO. <br><br> **Aria Resort** <br> **PO Box 749413** <br> **Los Angeles CA 90074** | | | 09/23/2010 | | | | 156.56 |
| ACCOUNT NO.      0750 <br><br> **Barco Lighting Systems** <br> **PO Box 951925** <br> **Dallas TX 75395-1925** | | | 12/01/2010 | X | X | | 7,500.00 |

<u>8</u>   Continuation sheets attached

Subtotal  >  $                675,295.56

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Beso, LLC** _____      Case No. _____

                     **Debtor**                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Baz Construction**<br>**9101 W Sahara Ave**<br>**#105-K24**<br>**Las Vegas NV 89117**<br><br>**Barry Levinson, Esq.**<br>**The Law Offices of Barry**<br>**2810 S Rainbow Blvd**<br>**Las Vegas NV 89146** | | | 03/01/2010 | | X | X | 5,000.00 |
| ACCOUNT NO.<br><br>**Big Town Mechanical**<br>**2000 Western Avenue**<br>**Las Vegas NV 89102**<br><br><br>**Richard L. Peel, Esq.**<br>**Peel Brimley LLP**<br>**3333 E. Serene Ave #2000**<br>**Henderson NV 89074** | | | 12/01/2009 | | X | X | 228,925.80 |
| ACCOUNT NO.<br><br>**Bombard Electric**<br>**3570 W Post Road**<br>**Las Vegas NV 89118**<br><br><br>**Donald H. Williams, Esq.**<br>**Williams & Wiese**<br>**612 South Tenth Street**<br>**Las Vegas NV 89101** | | | 12/01/2009 | | X | X | 245,690.00 |

Sheet no. __1__ of __8__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                Subtotal   >   $         **479,615.80**

                                                                     Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Beso, LLC_____     Case No. _____
                    Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 12/01/2009 | | X | X | 320,747.58 |
| **Bombard Mechanical** 3933 W Ali Baba Las Vegas NV 89118 <br><br> Donald H. Williams, Esq. Williams & Wiese 612 South Tenth Street Las Vegas NV 89101 | | | | | | | |
| ACCOUNT NO. | | | 12/01/2009 | | X | X | 56,962.70 |
| **CellCrete of Nevada** 135 E Railroad Avenue Monrovia CA 91016 <br><br> R. Christopher Reade Reade & Associates 4560 S Decatur Blvd #201 Las Vegas 89103 | | | | | | | |
| ACCOUNT NO. | | | 10/14/2010 | | | | 80,950.00 |
| **Clear Channel Outdoor** PO Box 60000 San Francisco CA 94160 | | | | | | | |

Sheet no. _2_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $              458,660.28

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Beso, LLC**_____    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 10/13/2010 | | | | 1,797,393.30 |
| **Crystals at CityCenter Retail Accts Receivable PO Box 77712 Las Vegas NV 89177** **Nile Leatham, Esq. Kolesar & Leatham Chtd 3320 W Sahara Ave., #380 Las Vegas NV 89102** | | | | | | | |
| ACCOUNT NO.   0661 | | | 01/15/2010 | | | | 1,500.00 |
| **Enigma Group 387 Golden Shore Dr Las Vegas NV 89123** | | | | | | | |
| ACCOUNT NO. | | | | | | | 375,000.00 |
| **Eva Longoria c/o Brad Small, Esq. Bloom Hergott Diemer 150 S. Rodeo Dr 3rd Flr Beverly Hills CA 90212** | | | Legal fees paid on behalf of debtor | | | | |
| ACCOUNT NO. | | | | | | | 1,074,247.00 |
| **Eva Longoria c/o Brad Small, Esq. Bloom Hergott Diemer 150 S. Rodeo Dr 3rd Flr Beverly Hills CA 90212** | | | Cash loan | | | | |

Sheet no. _3_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  **3,248,140.30**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Beso, LLC**                                                         Case No. _____
                        Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 07/27/2010 | X | X | | 16,901.70 |
| Hugo Ramirez 417 W. Allen Ave #116 San Dimas CA 91773 <br><br> Rezai & Associates 2601 Main St #150 Irvine CA 92614 | | | | | | | |
| ACCOUNT NO. | | | 02/27/2010 | | | | 4,267.50 |
| Hyde Consulting Services 4770 Centerville Rd #319 White Bear Lake MN 55127 | | | | | | | |
| ACCOUNT NO. | | | 03/12/2010 | | | | 5,150.00 |
| JBA Consulting 5155 W Patrick Lane Las Vegas NV 89118 | | | | | | | |
| ACCOUNT NO. 1933 | | | 12/16/2009 | | | | 1,520.12 |
| Jtech Communications Inc PO Box 405722 Atlanta GA 30384-5722 | | | | | | | |

Sheet no. _4_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **27,839.32**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Beso, LLC_____     Case No. _____
                        **Debtor**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Lionel Sawyer & Collins** <br> **1700 Bank of America Pl** <br> **300 S Fourth Street** <br> **Las Vegas NV 89101** | | | 09/08/2010 <br><br> **Legal fees** | | | | **12,764.21** |
| ACCOUNT NO. <br><br> **Lycorysh Baker** <br> **c/o Andre M. Lagomarsino** <br> **Parker Scheer Lagomarsin** <br> **610 South Seventh St** <br> **Las Vegas NV 89101** | | | 04/17/2010 <br><br> **Potential litigation claim** | X | X | | **unknown** |
| ACCOUNT NO. <br><br> **Marquis & Aurbach** <br> **10001 Park Run Drive** <br> **Las Vegas NV 89145** | | | 09/17/2010 <br><br> **Legal fees** | | | | **68,651.37** |
| ACCOUNT NO. <br><br> **Megan Mynatt** <br> **c/o Kristina Holman Esq.** <br> **1100 E Bridger Avenue** <br> **Las Vegas NV 89101** | | | 11/23/2010 <br><br> **Potential litigation claim** | X | X | | **unknown** |
| ACCOUNT NO. **4529** <br><br> **MGM Mirage Events** <br> **5620 Cameron St # A** <br> **Las Vegas NV 89118** | | | 05/01/2010 | | | | **12,501.00** |

Sheet no. _5_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $          **93,916.58**

Total ▸ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Beso, LLC                                          Case No. _____
              Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MGM Resorts International<br>3920 Code Street<br>San Diego CA 92110 | | | 09/27/2010 | | | | 11,000.00 |
| ACCOUNT NO.<br><br>North Advertising Trade<br>PO Box 14942<br>Las Vegas NV 89114 | | | | | | X | 66,100.00 |
| ACCOUNT NO.<br><br>Northstar<br>6000 S Eastern Ave<br>Las Vegas NV 89119 | | | 12/01/2009 | | | | 10,554.60 |
| ACCOUNT NO.<br><br>NTS Interactive LLC<br>5955 Edmonds Street<br>Las Vegas NV 89118 | | | 04/04/2010 | | | | 4,000.00 |
| ACCOUNT NO.<br><br>Pisanelli Bice PLLC<br>3883 Howard Hughes Pkwy<br>#800<br>Las Vegas NV 89169 | | | 08/31/2010<br><br>Legal fees | | | | 49,076.26 |

Sheet no. 6 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $              140,730.86

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Beso, LLC**                                                     Case No. _____
                    _____                                                        (If known)
                              **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Priority Submetering Solutions**<br>**PO Box 111135**<br>**Naples FL 34108** | | | 07/15/2010 | | | | 36,112.79 |
| ACCOUNT NO.<br><br>**Radiant Systems**<br>**3925 Brookside Pkwy**<br>**Alpharetta GA 30022** | | | 08/01/2010 | | | | 4,800.00 |
| ACCOUNT NO.<br><br>**Royal Metal Works**<br>**3933 W Ali Baba**<br>**Las Vegas NV 89118** | | | 12/01/2009 | X | X | | 38,134.38 |
| ACCOUNT NO.    8303<br><br>**S2 Engineers**<br>**3672 N Rancho Drive**<br>**Las Vegas NV 89130** | | | 09/24/2009 | X | X | | 482.50 |
| ACCOUNT NO.<br><br>**Siemens**<br>**6295 S Pearl Street #100**<br>**Las Vegas NV 89120** | | | 12/01/2009 | X | X | | 123,626.74 |

Sheet no. _7_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $            203,156.41

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Beso, LLC                                                Case No. _____
_____
              Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> Sklar Williams LLP <br> 8363 W Sunset Rd #300 <br> Las Vegas NV 89113 | | | 10/06/2010 <br><br> Legal fees | | | | 39,000.00 |
| ACCOUNT NO.  <br> T Nickolas <br> 3667 W Sunset Road <br> Las Vegas NV 89118 | | | 12/01/2009 | | X | X | 36,775.00 |
| ACCOUNT NO.  <br> Yesco <br> 5119 S Cameron St <br> Las Vegas NV 89118 | | | 12/01/2009 | | X | X | 16,758.00 |

Sheet no.  8  of  8  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >   $          92,533.00

Total  >   $       5,419,888.11

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **Beso, LLC**
_____
                 **Debtor**

Case No. _____
                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Clear Channel Outdoor**<br>**2880 Meade Avenue**<br>**Suite 300**<br>**Las Vegas NV 89102** | **Digital Bulletin Advertising**<br>**Term - 26 weeks (ending 10/27/2010)** |
| **Ecolab**<br>**PO Box 100512**<br>**Pasadena CA 91189-0512** | **Pest Elimination Service** |
| **Ikon**<br>**PO Box 9115**<br>**Macon GA 31203-9115** | **Lease of Equipment**<br>**Term - 60 months (ending 12/16/2014)** |
| **Pacific View Company**<br>**1511 Hi Point St**<br>**Los Angeles CA 90035** | **Cleaning service** |
| **Radiant Systems Inc**<br>**3925 Brookside Parkway**<br>**Alpharetta GA 30022** | **Lease of Equipment (Aloha System)** |
| **The Crystals at Citycenter, LLC**<br>**4882 Frank Sinatra Drive**<br>**Las Vegas NV 89109** | **Lease of Space**<br>**Term - 10 years** |
| **Vegas Seven, LLC**<br>**3080 Post Road**<br>**Las Vegas NV 89118** | **Advertising** |
| **Vendor Safe Technologies**<br>**7324 Southwest Freeway**<br>**Suite 1700**<br>**Houston TX 77074** | **Network Data and Security Solutions**<br>**Term - 36 months** |

B6H (Official Form 6H) (12/07)

In re: **Beso, LLC**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In re:    **Beso, LLC**

Case No. _____

Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                        $    **14,570,033.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:            $     **1,242,161.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)    $      **240,883.00**
    4.  Payroll Taxes    **39,902.00**
    5.  Unemployment Taxes    **0.00**
    6.  Worker's Compensation    **0.00**
    7.  Other Taxes    **0.00**
    8.  Inventory Purchases (Including raw  materials)    **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray    **0.00**
    10. Rent (Other than debtor's principal residence)    **0.00**
    11. Utilities    **0.00**
    12. Office Expenses and Supplies    **0.00**
    13. Repairs and Maintenance    **0.00**
    14. Vehicle Expenses    **0.00**
    15. Travel and Entertainment    **0.00**
    16. Equipment Rental and Leases    **0.00**
    17. Legal/Accounting/Other Professional Fees    **0.00**
    18. Insurance    **0.00**
    19. Employee Benefits (e.g., pension, medical, etc.)    **0.00**
    20. Payments to Be Made Directly By Debtor to Secured Creditors For
            Pre-Petition Business Debts (Specify):
            **None**
    21. Other (Specify):

            **Cost of Goods Sold**    **606,323.00**
            **Operating Expenses**    **431,355.00**

    22. Total Monthly Expenses (Add items 3 - 21)    $     **1,318,463.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $     **(76,302.00)**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Beso, LLC                                                                 Case No. _____
                        Debtor                                                                            (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **William M. Braden**, the **Mgr of Beso Management, LLC, Manager** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **20**_____  sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **1/6/2011**_____           Signature: _____

                                                                  **William M. Braden Mgr of Beso Management, LLC, Manager**
                                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In re:   **Beso, LLC**_____,          Case No. _____
                        Debtor                                                                  (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 1,049,501.00 | Gross Sales Income | 2009 |
| 14,570,033.00 | Gross Sales Income | 2010 |
| 54,577.00 | Gross Sales Income | YTD |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None ☐ b. *Debtor whose debts are not primarily consumer debts*: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **\*\*Note\*\* List of payments to be provided within 15 days** | | | |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☐ c. *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Anthony Vicidomine c/o Michael Feder, Esq. Lewis and Roca LLP 3993 Howard Hughes #600 Las Vegas NV 89169** | **1/12/2010 4/23/2010 5/7/2010** | **200,000.00** | **651,239.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bombard Electric LLC v. Beso LLC, et al A-10-608871-C** | **Civil** | **District Court Clark County, NV** | **Pending** |
| **Ronen Nachum, Mali Nachum v. Beso, LLC et al. A617919** | **Civil** | **District Court Clark County, Nevada** | **Pending** |
| **Mechanical Insulation Specialists v. Perini Building Company et al A-10-607921-C** | **Civil** | **District Court Clark County, NV** | **Pending** |

3

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

## 8. Losses

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Schwartzer & McPherson L**<br>**2850 South Jones Bouleva**<br>**Las Vegas, NV 89146** | 8/20/2010<br>12/30/2010 | $10,000<br>$50,000 |

## 10. Other transfers

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY. | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

## 18. Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Beso LLC** | **80-0368391** | **3720 S Las Vegas Blvd #260 Las Vegas NV 89109** | **Restaurant and Nightclub** | **12/01/2009** |

None
☑

b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                    ADDRESS

## 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

**James Macdonald**                                          **2009 thru April 2010**
**6633 Hollywood Blvd**
**Hollywood CA 90028**

**Swarts & Swarts CPAs**                                    **May 2010 to current**
**10091 Park Run Drive**
**Suite 200**
**Las Vegas NV 89145**

None
☐

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                            DATES SERVICES RENDERED

**Swarts & Swarts CPAs**                                    **May 2010 to current**
**10091 Park Run Drive**
**Suite 200**
**Las Vegas NV 89145**

8

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Beso LLC - Tara Lord | 4887 Frank Sinatra Drive<br>Las Vegas NV 89109 |
| Swarts & Swarts CPAs | 10091 Park Run Drive<br>Suite 200<br>Las Vegas NV 89145 |

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

## 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|
| 08/04/2010 | Roy Saunders | 172,505.92 |

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| 08/04/2010 | Roy Saunders |

9

## 21. Current Partners, Officers, Directors and Shareholders

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Anthony Vicidomine<br>c/o Michael Feder, Esq.<br>Lewis and Roca LLP<br>3993 Howard Hughes #600<br>Las Vegas NV 89169 | | 2.00% |
| Eva Longoria<br>c/o Brad Small, Esq.<br>Bloom Hergott Diemer<br>150 S. Rodeo Dr 3rd Flr<br>Beverly Hills CA 90212 | | 32.33% |
| John Torregiani<br>Consulting Inc.<br>627 N Sweetzer #D<br>W Hollywood, CA 90048 | | 1.01% |
| Jonas Lowrance<br>c/o William Urga, Esq.<br>Jolley Urga Wirth et al<br>3800 Howard Hughes 16 Fl<br>Las Vegas NV 89169 | | 32.33% |
| Ronen and Mali Nachum<br>c/o Michael Stein, Esq.<br>Snell & Wilmer<br>3883 Howard Hughes Pkwy<br>Las Vegas NV 89169 | | 32.33% |

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None
❏

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Anthony Vicidomine c/o Michael Feder, Esq. Lewis and Roca LLP 3993 Howard Hughes #600 Las Vegas NV 89169** | **1/12/2010 4/23/2010 5/7/2010** | **$200,000 $651,239** |
| **Mali Nachum c/o Michael Stein, Esq. Snell & Wilmer 3883 Howard Hughes Pkwy Las Vegas NV 89169** Owner | **1/6/2010 2/02/2010** | **$15,000 $12,000** |
| Ronan Nachum c/o Michael Stein, Esq. Snell & Wilmer 3883 Howard Hughes Pkwy Las Vegas NV 89169 Owner | 3/23/2010 | $222,222.19 |

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

11

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

**William M. Braden, Mgr of Beso Management, LLC, Manager**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In re:  **Beso, LLC**

Case No. _____
Chapter  **11** _____

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 60,000.00 |
| Prior to the filing of this statement I have received | $ | 60,000.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☐ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
   **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **1/6/2011** _____

Lenard E. Schwartzer, Esq., Bar No.  0399

**Schwartzer & McPherson Law Firm**
Attorney for Debtor(s)

**United States Bankruptcy Court**
**District of Nevada**

In re:   **Beso, LLC**                                                                Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF<br>SECURITY | NUMBER<br>REGISTERED | KIND OF INTEREST<br>REGISTERED |
|---|---|---|---|
| **Anthony Vicidomine**<br>**c/o Michael Feder, Esq.**<br>**Lewis and Roca LLP**<br>**3993 Howard Hughes #600**<br>**Las Vegas NV 89169** | | | **Membership** |
| **Eva Longoria**<br>**c/o Brad Small, Esq.**<br>**Bloom Hergott Diemer**<br>**150 S. Rodeo Dr 3rd Flr**<br>**Beverly Hills CA 90212** | | | **Membership** |
| **John Torregiani**<br>**Consulting Inc.**<br>**627 Sweetzer #D**<br>**W Hollywood CA 90048** | | | **Membership** |
| **Jonas Lowrance**<br>**c/o William Urga, Esq.**<br>**Jolley Urga Wirth et al**<br>**3800 Howard Hughes 16 Fl**<br>**Las Vegas NV 89169** | | | **Membership** |
| **Ronen and Mali Nachum**<br>**c/o Michael Stein, Esq.**<br>**Snell & Wilmer LLP**<br>**3883 Howard Hughes #1100**<br>**Las Vegas NV 89169** | | | **Membership** |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, **William M. Braden, Mgr of Beso Management, LLC, Manager** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  1/6/2011

**William M. Braden, Mgr of Beso Management, LLC,**
**Manager, Beso, LLC**

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

List of Equity Security Holders - Page 1

## United States Bankruptcy Court
## District of Nevada

In re  **Beso, LLC**                                   Case No. _____

Debtor.                                                Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Beso, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and
7007.1 state as follows:

_____    All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests
are listed below:

**Owner**                                        **% of Shares Owned**

**None**

OR,

____**X**____    There are no entities to report.

By: _____

**Lenard E. Schwartzer, Esq.**
Signature of Attorney

Counsel for      **Beso, LLC**

Bar no.:         **0399**

Address.:        **Schwartzer & McPherson Law Firm**
                 **2850 South Jones Boulevard, Suite 1**
                 **Las Vegas, NV  89146**

Telephone No.: **702-228-7590**

Fax No.:         **702-892-0122**

E-mail address: **bkfilings@s-mlaw.com**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

**Beso, LLC**

                                            Debtor(s).

)
)
)
)
)
)
)
)
)
)
)

Bankruptcy No.:

Chapter     **11**


**VERIFICATION OF CREDITOR
MATRIX**

       The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **1/6/2011**

Signature                           
**William M. Braden**

vercredmatrix.wpd rev. 4/12/07

BESO, LLC
3720 S LAS VEGAS BLVD
#260
LAS VEGAS NV 89109

LENARD E. SCHWARTZER, ES
SCHWARTZER & MCPHERSON L
2850 SOUTH JONES BOULEVA
LAS VEGAS, NV  89146

R. CHRISTOPHER READE
READE & ASSOCIATES
4560 S DECATUR BLVD #201
LAS VEGAS 89103

944 MEDIA LLC
9100 WILSHIRE BLVD #700W
BEVERLY HILLS CA 90212

DONALD H. WILLIAMS, ESQ.
WILLIAMS & WIESE
612 SOUTH TENTH STREET
LAS VEGAS NV 89101

RICHARD L. PEEL, ESQ.
PEEL BRIMLEY LLP
3333 E. SERENE AVE #2000
HENDERSON NV 89074

ANTHONY VICIDOMINE
C/O MICHAEL FEDER, ESQ.
LEWIS AND ROCA LLP
3993 HOWARD HUGHES #600
LAS VEGAS NV 89169

ARIA RESORT
PO BOX 749413
LOS ANGELES CA 90074

BARCO LIGHTING SYSTEMS
PO BOX 951925
DALLAS TX 75395-1925

BARRY LEVINSON, ESQ.
THE LAW OFFICES OF BARRY
2810 S RAINBOW BLVD
LAS VEGAS NV 89146

BAZ CONSTRUCTION
9101 W SAHARA AVE
#105-K24
LAS VEGAS NV 89117

BIG TOWN MECHANICAL
2000 WESTERN AVENUE
LAS VEGAS NV 89102

BOMBARD ELECTRIC
3570 W POST ROAD
LAS VEGAS NV 89118

BOMBARD MECHANICAL
3933 W ALI BABA
LAS VEGAS NV 89118

CELLCRETE OF NEVADA
135 E RAILROAD AVENUE
MONROVIA CA 91016

CLEAR CHANNEL OUTDOOR
PO BOX 60000
SAN FRANCISCO CA 94160

CRYSTALS AT CITYCENTER
RETAIL ACCTS RECEIVABLE
PO BOX 77712
LAS VEGAS NV 89177

DONALD H. WILLIAMS, ESQ.
WILLIAMS & WIESE
612 SOUTH TENTH STREET
LAS VEGAS NV 89101

ENIGMA GROUP
387 GOLDEN SHORE DR
LAS VEGAS NV 89123

EVA LONGORIA
C/O BRAD SMALL, ESQ.
BLOOM HERGOTT DIEMER
150 S. RODEO DR 3RD FLR
BEVERLY HILLS CA 90212

HUGO RAMIREZ
417 W. ALLEN AVE #116
SAN DIMAS CA 91773

HYDE CONSULTING SERVICES
4770 CENTERVILLE RD #319
WHITE BEAR LAKE MN 55127

JAMES J. PISANELLI, ESQ.
PISANELLI BICE PLLC
3883 HOWARD HUGHES PKWY
SUITE 800
LAS VEGAS NV 89169

JBA CONSULTING
5155 W PATRICK LANE
LAS VEGAS NV 89118

JTECH COMMUNICATIONS INC
PO BOX 405722
ATLANTA GA 30384-5722

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PL
300 S FOURTH STREET
LAS VEGAS NV 89101

LYCORYSH BAKER
C/O ANDRE M. LAGOMARSINO
PARKER SCHEER LAGOMARSIN
610 SOUTH SEVENTH ST
LAS VEGAS NV 89101

MARQUIS & AURBACH
10001 PARK RUN DRIVE
LAS VEGAS NV 89145

MEGAN MYNATT
C/O KRISTINA HOLMAN ESQ.
1100 E BRIDGER AVENUE
LAS VEGAS NV 89101

MGM MIRAGE EVENTS
5620 CAMERON ST # A
LAS VEGAS NV 89118

MGM RESORTS INTERNATIONA
3920 CODE STREET
SAN DIEGO CA 92110

NEVADA DEPARTMENT OF TAX
BANKRUPTCY DIVISION
555 E. WASHINGTON #1500
LAS VEGAS NV 89101

NILE LEATHAM, ESQ.
KOLESAR & LEATHAM CHTD
3320 W SAHARA AVE., #380
LAS VEGAS NV 89102

NORTH ADVERTISING TRADE
PO BOX 14942
LAS VEGAS NV 89114

NORTHSTAR
6000 S EASTERN AVE
LAS VEGAS NV 89119

NTS INTERACTIVE LLC
5955 EDMONDS STREET
LAS VEGAS NV 89118

PISANELLI BICE PLLC
3883 HOWARD HUGHES PKWY
#800
LAS VEGAS NV 89169

PRIORITY SUBMETERING SOL
PO BOX 111135
NAPLES FL 34108

RADIANT SYSTEMS
3925 BROOKSIDE PKWY
ALPHARETTA GA 30022

REZAI & ASSOCIATES
2601 MAIN ST #150
IRVINE CA 92614

RONEN AND MALI NACHUM
C/O MICHAEL STEIN, ESQ.
SNELL & WILMER LLP
3883 HOWARD HUGHES #1100
LAS VEGAS NV 89169

ROYAL METAL WORKS
3933 W ALI BABA
LAS VEGAS NV 89118

S2 ENGINEERS
3672 N RANCHO DRIVE
LAS VEGAS NV 89130

SIEMENS
6295 S PEARL STREET #100
LAS VEGAS NV 89120

SKLAR WILLIAMS LLP
8363 W SUNSET RD #300
LAS VEGAS NV 89113

T NICKOLAS
3667 W SUNSET ROAD
LAS VEGAS NV 89118

YESCO
5119 S CAMERON ST
LAS VEGAS NV 89118