

05/09/11

MAY 13  2 05 PM '11

TO: Clerk of Bankruptcy Court, District of Nevada

FROM: North Advertising Trade

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

RE: Case No. BK-S-11-10202-MKN  Chapter 11

North Advertising Trade is a creditor in the above-mentioned case.  North Advertising Trade has a new mailing address and would like all correspondence from the court to be sent to the new address below.  Please confirm receipt of this request to:

Kristine Gregorian

Ph: 323-243-4459

Fax: 310-439-1886

Email: Kristine.NorthAdvertising@gmail.com

**North Advertising Trade**

**P.O. Box 98216**

**Las Vegas, NV 89193**