GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
TALITHA B. GRAY, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Anthony Vicidomine

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BESO, LLC<br><br>    Debtor. | Case No.: BK-S-11-10202-MKN<br>Chapter 11<br><br><br>Date:   May 18, 2011<br>Time:   9:30 a.m. |

### DECLARATION OF ANTHONY VICIDOMINE IN SUPPORT OF OPPOSITION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD

I, Anthony Vicidomine, hereby declare as follows:

1. I am over the age of 18 and am mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *Opposition To Debtor's Motion To Extend Exclusivity Period* (the "Opposition").[1]

2. As provided in Debtor's Schedules and Statement of Financial Affairs, I am a minority member of Debtor and one of its largest nonpriority, unsecured creditors.

. . .

. . .

. . .

. . .

. . .

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Opposition.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102921-001/1213069

3. In conjunction with my counsel, I am currently formulating a plan of reorganization that I presently anticipate filing in the Bankruptcy Case upon the continued expiration of the exclusivity deadline.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 16th day of May, 2011.

/s/ Anthony Vicidomine
ANTHONY VICIDOMINE

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102921-001/Declaration in Support of Opposition to Debtor's Motion to Extend

2