Entered on Docket
May 31, 2011

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

Lenard E. Schwartzer
Nevada Bar No. 0399
Emelia L. Allen
Nevada Bar No. 11898
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-11-10202-MKN |
|---|---|
| **BESO LLC,** | Chapter 11 |
| Debtor. | **ORDER GRANTING DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD** |
| | Date: May 18, 2011<br>Time: 9:30 a.m. |

The Motion to Extend Exclusivity Period (the "Motion")[Docket No. 96] having come on for hearing before the above-captioned court on May 18, 2011 pursuant to an Order Shortening Time [Docket No. 110]; Beso LLC (the "Debtor" or "Beso") appearing by and through its counsel, Lenard E. Schwartzer of Schwartzer & McPherson Law Firm, Anthony Vicidomine appearing through his counsel, Gregory E. Garman of Gordon Silver and The Crystals at CityCenter, LLC appearing through its counsel, Nile Leatham of Kolesar & Leatham, Chtd.; the Court having reviewed the Motion, the Opposition filed on behalf of Anthony Vicidomine [Docket No. 118]

Order Extending Exclusivity 051811

1

and all matters submitted therewith and having heard the arguments and representations of counsel; the Court having stated is findings of fact and conclusions of law on the record at the hearing pursuant to Bankruptcy Rule 7052 and Fed.R.Civ.P. Rule 52, which are incorporated herein by reference; and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Motion is **GRANTED**.

2. The exclusive period within which only the Debtor may file a plan under Bankruptcy Code sections 1121(c) is extended for an additional 49 days.

**IT IS SO ORDERED.**

Prepared and submitted by:

_____
Lenard E. Schwartzer, Esq.
Emelia L. Allen, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
Attorneys for Debtor

Approved by:

_____
Nile Leatham, Esq.
Kolesar & Leatham, Chtd.
3320 W. Sahara Ave
Las Vegas, NV 89102
Attorneys for Crystals at CityCenter, LLC

Approved by:

No Response Received
Gregory E. Garman, Esq.
GORDON SILVER
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Anthony Vicidomine

///
///
///
///
///
///
///

Order Extending Exclusivity 051811

2

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021 (b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Lenard E. Schwartzer, Esq.
Emelia L. Allen, Esq.
Attorneys for Debtor

###

3

Order Extending Exclusivity 051811