Entered on Docket
August 25, 2011

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Attorneys for Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**BESO LLC,**<br><br>Debtor. | Case No. BK-S-11-10202-MKN<br>Chapter 11<br><br>**INTERIM ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF MANAGEMENT AGREEMENT** *NUNC PRO TUNC;* **REQUEST FOR INTERIM RELIEF RE FINANCING**<br><br>Date: August 16, 2011<br>Time: 10:00 a.m. |

THIS MATTER having come before the Court upon the motion of Beso LLC (the "Debtor" or "Beso"), for approval Management Agreement with CHLN, Inc. and for obtaining credit not in the ordinary course of business (the "Motion") seeking, among other relief, an interim order allowing post-petition financing. The Court conducted a hearing at which were present counsel for the Debtor (Lenard Schwartzer), Anthony Vicidomine (Gregory Garman), Mali and Ronen Nachum (Brian Shapiro), the Nevada Department of Taxation (Alycia K. Hansen), The Crystals at City Center, LLC (Nile Leatham), and CHLN, Inc. (James Greene and Adam Friedman) as shown in the Court's record. The Court considered the briefs and declarations on

1
Interim Order Granting Debtor's Motion to Approve Management Agreement

file, the arguments of counsel and the representations of counsel. The Court having entered a Memorandum Decision of Debtor's Motion for Approval of Management Agreement Nunc Pro Tunc; Request for Interim Relief re Financing [Docket No. 194], it is

**ORDERED** the Management Agreement, as amended by the representations of counsel (that is, there will be no management fee and the Management Agreement may not be terminated by the Manager on less than 3 business days notice), is approved on an interim basis until the final hearing by this Court; and it is

**ORDERED** that CHLN, Inc. (the "Manager") may (a) take over the management duties of operating the Beso Restaurant *nunc pro tunc* to August 8, 2011 and (b) fund the operation of the Beso Restaurant beginning upon entry of this order. The terms of the loan by the Manager are as follows:

| | |
|---|---|
| Amount: | Not specified. Manager is authorized to use its own funds, as may be necessary, in addition to the assets and property of the Debtor, to fund any deficiencies in operating expenses for the Business. Management Agreement ¶7; |
| Limits: | $300,000 (until further order of this Court); |
| Use of Proceeds: | Operating expenses for the Beso Restaurant; |
| Interest Rate: | None; |
| Fees: | None; |
| Priority | Administrative priority under Bankruptcy Code §503(b)(1); |
| Security: | None; |
| Termination: | On not less than three (3) business days notice; |
| Carve-outs: | None; |
| Surcharge: | None; |
| Modification of Stay: | None; |
| Adequate Protection: | None; |
| Indemnity: | None; |
| Reporting: | Debtor will file with the Court bi-weekly reports of the funds advanced, if any, by CHLN under the terms of the Management Agreement; |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2

Interim Order Granting Debtor's Motion to Approve Management Agreement

1  and it is further

2  **ORDERED** that any sale of the Debtor's business assets as referenced in Section 6 of the
3  Management Agreement, must be approved by the Court at a hearing on at least 30 days notice to
4  all parties in interest and any objecting party or other party who wishes to acquire the same assets
5  must submit a proposed offer to the Debtor and to Crystals no later than five business days before
6  the sale approval hearing along with proof of financing available to complete the purchase; and it
7  is

8  **ORDERED** that this Interim Order shall take effect and be fully enforceable immediately
9  upon entry, notwithstanding the provisions of Bankruptcy Rule 6004(h), which, to the extent
10 applicable, are waived and shall not apply to this Interim Order; and it is

11 **ORDERED** that the Final Hearing to consider entry of a Final Order and final approval of
12 the Management Agreement and related post-petition financing is scheduled for September 26,
13 2011 at 1:30 p.m. at the United States Bankruptcy Court for the District of Nevada.  The Debtor
14 shall serve, by United States mail, first-class postage prepaid, notice of the entry of this Interim
15 Order, together with copies of this the Motion on all parties in interest.  Any party in interest
16 objecting to the entry of the proposed Final Order shall file written objections with the Clerk of the
17 Bankruptcy Court by no later than September 12, 2011, which objections shall be served so that
18 the same are received on or before such date by: (i) counsel for the Debtor; and (ii) the Office of
19 the United States Trustee.

20 **IT IS SO ORDERED.**

21 Prepared by:

22 /s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
23 Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
24 Las Vegas NV  89146
25 *Attorneys for Debtor and Debtor in Possession*

26

27

28

3
Interim Order Granting Debtor's Motion to Approve Management Agreement

[Approved]/ ~~Disapproved~~ by:                     Approved / Disapproved by:

/s/ Gregory E. Garman
Gregory E. Garman, Esq.                             Brian Shapiro, Esq.
Gordon Silver                                       Law Office of Brian Shapiro, LLC
3960 Howard Hughes Pkwy., 9th Floor                 228 South 4th Street, Suite 300
Las Vegas, Nevada 89169                             Las Vegas, NV 89101
*Attorneys for Anthony Vicidomine*                  *Attorney for Mali and Ronen Nachum*

[Approved]/ ~~Disapproved~~ by:                     Approved / Disapproved by:

/s/ Alycia K. Hansen
Alycia K. Hansen, Esq.                              Nile Leatham, Esq.
Deputy Attorney General                             Kolesar & Leatham
555 E. Washington Avenue, Suite 3900                400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89101                                 Las Vegas, NV 89145
*Attorneys for Nevada Department of Taxation*       *Attorneys for Crystals at CityCenter, LLC*

[Approved]/ ~~Disapproved~~ by:                     [Approved]/ ~~Disapproved~~ by:

/s/ James Greene                                    /s/ Adam Friedman
James Greene, Esq.                                  Adam Friedman, Esq.
Greene Infuso, LLP                                  Olshan Grundman Frome Rosenzweig &
3030 South Jones Boulevard, Suite 101               Wolosky LLP
Las Vegas, Nevada 89146                             Park Avenue Tower
*Attorneys for CHLN, Inc.*                          65 East 55th Street
                                                    New York, NY 10022
                                                    *Attorneys for CHLN, Inc.*

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated above.

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
*Attorneys for Debtor and Debtor in Possession*

### ###

4

Interim Order Granting Debtor's Motion to Approve Management Agreement

Approved / Disapproved by:

_____
Gregory E. Garman, Esq.
Gordon Silver
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
*Attorneys for Anthony Vicidomine*

Approved / ~~Disapproved~~ by:

/s/ (signature)
_____
Brian Shapiro, Esq.
Law Office of Brian Shapiro, LLC
228 South 4th Street, Suite 300
Las Vegas, NV 89101
*Attorney for Mali and Ronen Nachum*

Approved / Disapproved by:

_____
Alycia K. Hansen
Deputy Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
*Attorneys for Nevada Department of Taxation*

Approved / Disapproved by:

_____
Nile Leatham, Esq.
Kolesar & Leatham
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
*Attorneys for Crystals at CityCenter, LLC*

Approved / Disapproved by:

_____
James Greene
Greene Infuso, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
*Attorneys for CHLN, Inc.*

Approved / Disapproved by:

_____
Adam Friedman
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
*Attorneys for CHLN, Inc.*

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated above.

/s/ Lenard E. Schwartzer
_____
Lenard E. Schwartzer, Esq.
*Attorneys for Debtor and Debtor in Possession*

### # #

| | |
|---|---|
| Approved / Disapproved by: | Approved / Disapproved by: |
| Gregory E. Garman, Esq.<br>Gordon Silver<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169<br>*Attorneys for Anthony Vicidomine* | Brian Shapiro, Esq.<br>Law Office of Brian Shapiro, LLC<br>228 South 4th Street, Suite 300<br>Las Vegas, NV 89101<br>*Attorney for Mali and Ronen Nachum* |
| Approved / Disapproved by: | Approved / Disapproved by: (signed) |
| Alycia K. Hansen<br>Deputy Attorney General<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>*Attorneys for Nevada Department of Taxation* | Nile Leatham, Esq.<br>Kolesar & Leatham<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, NV 89145<br>*Attorneys for Crystals at CityCenter, LLC* |
| Approved / Disapproved by: | Approved / Disapproved by: |
| James Greene<br>Greene Infuso, LLP<br>3030 South Jones Boulevard, Suite 101<br>Las Vegas, Nevada 89146<br>*Attorneys for CHLN, Inc.* | Adam Friedman<br>Olshan Grundman Frome Rosenzweig & Wolosky LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, NY 10022<br>*Attorneys for CHLN, Inc.* |

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated above.

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
*Attorneys for Debtor and Debtor in Possession*

### ###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

4
Interim Order Granting Debtor's Motion to Approve Management Agreement