NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
**KOLESAR & LEATHAM**
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:  nleatham@klnevada.com
          ncox@klnevada.com

Attorneys for Creditor
THE CRYSTALS AT CITYCENTER, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No. BK-S-11-10202-MKN |
| BESO, LLC, | Chapter 11 |
| Debtor(s). | DATE:     September 26, 2011<br>TIME:     1:30 p.m. |

### THE CRYSTALS AT CITY CENTER, LLC'S RESPONSE TO DEBTOR'S MOTION TO SELL FREE AND CLEAR OF LIENS MOTION FOR ORDER (1) AUTHORIZING A PRIVATE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS ASSETS FREE AND CLEAR OF ANY AND ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (2) APPROVING THE ASSET PURCHASE AGREEMENT IN CONNECTION THEREWITH; AND (3) GRANTING RELATED RELIEF

The Crystals at City Center, LLC ("Crystals"), by and through its counsel of the law firm of Kolesar & Leatham, hereby responds to Debtor's Motion to Sell Free and Clear of Liens Motion For Order (1) Authorizing A Private Sale Of Substantially All Of The Debtors Assets Free And Clear Of Any And All Liens, Claims, Encumbrances, And Other Interests; (2) Approving The Asset Purchase Agreement In Connection Therewith; and (3) Granting Related Relief [Dkt. 204] (the "Motion") as follows:[1]

. . .

---

[1] This response is made and based on the following points and authorities, the pleadings and papers on file herein , the Declaration of Bruce Aguilera  (the "Aguilera Declaration") filed in support hereof, and the argument of counsel that may be made at the hearing on this Motion.

1028562.doc (7364-5)                                    - 1 -

I.    **FACTS**

        A. **The Bankruptcy Proceedings**

        1.    On January 6, 2011, Debtor Beso, LLC ("Debtor" or "Beso") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code §§ 101, et seq. (the "Bankruptcy Code"), Case No. BK-S-11-10202-MKN.

        2.    On August 26, 2011, Debtor filed the Motion.

        B. **The Lease**

        3.    Crystals is the owner of the commercial premises described generally as space nos. 260, 360 and 264 (the "Premises") in the retail shopping center commonly known as Crystals, located at 3720 S. Las Vegas Blvd., Clark County, Nevada.

        4.    Debtor currently occupies the Premises as its sole business location pursuant to a lease agreement dated March 11, 2009 (the "Lease"). Debtor identifies the Lease in Schedule G of its Schedules and Statements. [Dkt. 1, pg. 27 of 47].

        5.    On August 17, 2011, the Court entered a Memorandum Decision On Debtor's Emergency Motion For Approval Of Management Agreement Nunc Pro Tunc; Request For Interim Relief Re Financing [Dkt. 194] wherein the Court confirmed that the Crystals lease "shall be deemed rejected . . ." and that "[t]hrere is no apparent dispute that Crystals currently is owed in excess of $1.3 million in postpetition rent that would be entitled to administrative priority." *See* Dkt. 194, pg. 3, ln. 20, pg. 4, lns 1-2.

        C. **Security Interest**

        6.    The Crystals has a perfected security interest in the Debtor's property identified in the UCC Financing Statement filed with the Nevada Secretary of State on June 17, 2010 in document number 2010015229-4 (the "UCC-1").

. . .

. . .

. . .

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

II.    **RESPONSE**

As set forth in the Aguilera Declaration, The Crystals does not oppose the sale to CHLN, Inc.[2] The Crystals files this response to make clear the fact that as a result of the termination of the Lease, the sale will not include the Lease.

DATED this 19th day of September, 2011.

KOLESAR & LEATHAM.

By: _/s/ Natalie M. Cox, Esq._
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Creditor
THE CRYSTALS AT CITYCENTER, LLC

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

---

[2] The Crystals reserves all rights afforded it under the Lease and related documents, and pertinent law.

1028562.doc (7364-5)                                      - 3 -